UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TYRONE CHEVIS
(DOC #299889)

VERSUS

BOSSIER MEDIUM SECURITY FACILITY, ET AL

CIVIL ACTION

NO. 07-577-A

**RULING
ON WRIT OF HABEAS CORPUS**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation (doc. 9) of United States Magistrate Judge Christine Noland dated October 17, 2007. Plaintiff has filed an objection which merely restates legal argument and does not require de novo findings under 28 U.S.C. 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Petition for Writ of Habeas Corpus (doc. 1), filed by Tyrone Chevis, is hereby dismissed with prejudice, as to petitioner's claim that his sentence is excessive, and dismissed without prejudice, as to his claims of insufficient evidence to support his conviction and ineffectiveness of counsel.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, November 7, 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA